IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA TERESA TOVAR MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | 3:26-CV-3225-Z-BT |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to *sua sponte* dismiss this case under Federal Rule of Civil Procedure 12(h)(3) as moot. ECF No. 8. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 8) is **ADOPTED** and this case is **DISMISSED** without prejudice as moot.

**SO ORDERED.**

November 16, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE